**Order issued December 19, 2024**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-24-00727-CV

_____

### IN RE JACOB RAY DUNN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Jacob Ray Dunn, has filed a petition for a writ of mandamus, challenging the trial court's March 9, 2023 Reinstatement Order and December 18, 2023 Default Judgment.[1]  Relator has now filed an Agreed Motion to Dismiss his petition for writ of mandamus, stating that "[a]ll issues and controversies relating to

---

[1]     The underlying case is *Nelson Corea v. Jacob Ray Dunn,* Cause No. 2020-32535, in the 215th District Court of Harris County, Texas, the Honorable Elaine H. Palmer presiding.

the underlying matter have been resolved . . . [and] [relator] no longer wishes to pursue his petition for writ of mandamus." *See* TEX. R. APP. P. 52.8(a).

In his motion, relator requests that we dismiss the original proceeding, but the motion also asks the Court, "without regard to the merits, [to] direct[] [the trial court] to vacate and set aside the Reinstatement Order and Default Judgment" pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B). *See* TEX. R. APP. P. 41.2(a)(2)(B). "An appellate court cannot dismiss an . . . original proceeding, and at the same time, grant affirmative relief in the case." *In re Fam. Dollar Stores of Tex., LLC*, No. 08-16-00109-CV, 2016 WL 4098657, at *1 (Tex. App.—El Paso July 29, 2016, orig. proceeding) (mem. op.). Thus, we construe the motion as requesting dismissal of the original proceeding.

Accordingly, we grant relator's motion and dismiss the petition for writ of mandamus. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.